# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOWREY LLP, and ALLAN B. DIAMOND, CHAPTER 11 TRUSTEE OF HOWREY, LLP,<br><br>　　　　　　Appellants,<br><br>　　v.<br><br>1875/1925 CENTURY PARK EAST CO.,<br><br>　　　　　　Appellee. | Case No.  15-cv-03937-JD<br><br>**ORDER TO SHOW CAUSE** |

At 1:30 p.m. on Wednesday, December 16, 2015, the Court called this case for a case management conference. Counsel for appellee did not appear.

This absence was unexcused and counsel made no request to be excused or continue the hearing date. No other attorney appearing at the conference had been requested to specially appear on his or his client's behalf. This failure to appear violates the Court's standing order for civil cases.

Appellee's counsel Brian Huben is ordered to show cause in writing why the Court should not impose monetary sanctions pursuant to its inherent powers for his failure to appear at a case management conference in this matter. Mr. Huben's response to this order is due by 12:00 p.m. on Tuesday, December 22, 2015. He is also required to show this Order to his client and confirm to the Court that he did.

**IT IS SO ORDERED.**

Dated: December 17, 2015

_____
JAMES DONATO
United States District Judge