United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOWREY, LLP and ALLAN B. DIAMOND, TRUSTEE,<br><br>　　　　Appellants,<br><br>　　v.<br><br>1875/1925 CENTURY PARK EAST CO.,<br><br>　　　　Appellee. | Case No. 15-cv-03937-JD<br><br>**ORDER RE SANCTIONS**<br><br>Re: Dkt. No. 11 |

On December 17, 2015, the Court issued an order directing appellee's attorney Brian Huben "to show cause in writing why the Court should not impose monetary sanctions pursuant to its inherent powers for his failure to appear at a case management conference in this matter" on Wednesday, December 16, 2015. Dkt. No. 11. Mr. Huben's response was due Tuesday, December 22, 2015. He did not respond until December 30, 2015. Dkt. No. 13.

The response fails to show good cause. Mr. Huben is consequently sanctioned in the amount of $350.00 to be paid to the Clerk of the Court, Office of the Clerk, United States District Court, 450 Golden Gate Avenue, San Francisco, CA 94102-3489, by February 12, 2016. The Court notes that Mr. Huben also has not explained his failure to keep his ECF information current as required by Civil Local Rule 5-1(c)(3). The Court expects that it will not see further unexcused absences or lapses of diligence on counsel's part. The Court will impose more serious disciplinary

1  measures if they continue to occur.

2  **IT IS SO ORDERED.**

3  Dated: January 5, 2016

4  _____

5  JAMES DONATO
United States District Judge